UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 8:10-cr-456-T-30EAJ

CHAD EVANS

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a forfeiture money judgment (Doc. 15) in an amount of $12,804,070, which at sentencing shall become a final order of forfeiture as to defendant Chad Evans, for which he will be jointly and severally liable with co-conspirators Chris Malcolm, Case Number 8:10-cr-463-T-24EAJ; and Michelle Fabry, Case Number 8:10-cr-392-T-24MAP.

Being fully advised in the premises, the Court hereby finds that the United States has established that the defendant obtained at least $12,804,070 in proceeds from the conspiracy to commit wire fraud, mail fraud, and bank fraud, in violation of 18 U.S.C. § 1349.  Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 15) is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(2), defendant Chad Evans is jointly and severally liable with co-conspirators Chris Malcolm, Case Number 8:10-cr-463-T-

24EAJ; and Michelle Fabry, Case Number 8:10-cr-392-T-24MAP, for a forfeiture money judgment in the amount of $12,804,070.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any of the defendant's property that the United States is entitled to seek as a substitute asset to satisfy the money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on February 4, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2010\10-cr-456.forfeit 15.wpd